

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00066-CV

**IN RE ALLIED PROPERTY & CASUALTY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: March 13, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On February 1, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the trial court's January 24, 2019 Order pending final resolution of the petition for writ of mandamus, which this court granted on February 4, 2019. The real parties in interest filed a response. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.[2] The stay imposed on February 4, 2019 is LIFTED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CV-02309, styled *Lois Morris and Gregory Morris v. Shahariar Hassan*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.

[2] This court's denial of the petition for writ of mandamus should not be interpreted as a reflection on the merits of relator's Motion for Severance and Plea in Abatement, which remains pending before the trial court.